

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Marion M. Brown, President
Texas State Board of Medical Examiners
City National Bank Building
Mexia, Texas

Dear Sir:

Opinion No. O-5575
Re:  Can a license certificate
     legally be issued by the
     Texas State Board of Medical
     Examiners without the signa-
     tures of its entire member-
     ship?  One member being un-
     able to sign.

        This will acknowledge receipt of your letter of
recent date requesting the opinion of this department on
the above stated question.  We quote in part from your letter
as follows:

        "We have one member of the Texas State
    Board of Medical Examiners who is serving in
    the Armed Forces of the United States Govern-
    ment, Dr. C. M. Phillips (Lt. Col.) of Level-
    land, Texas.

        "Under the law regulating the duties of
    the members, each Board member must sign the
    license certificates issued to the doctors who
    pass the written examination and those who are
    accepted by reciprocity with other states.  Dr.
    Phillips is not able to attend the meetings and

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

cannot sign the license certificates of the applicants. This fact was discussed at the last Board Meeting, and, as President, I was requested to secure a ruling from you . . ."

The only statutory law we have found in the manner of how the certificates are to be issued to doctors who have passed the prescribed examinations is Article 4503, Revised Civil Statutes. The pertinent portion thereof provides:

". . . All certificates shall be attested by the seal of the Board and signed by all members of the Board, <u>or a quorum thereof</u> . . ." (Underscoring ours)

Article 14, Revised Civil Statutes, provides:

"The majority of any legally constituted board or commission, unless otherwise specifically provided, shall constitute a quorum for the transaction of business."

There is no provision specifically providing as to the number constituting a quorum of the Board of Medical Examiners.

Your question therefore is answered in the affirmative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

APPROVED SEP 22, 1943

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS

By *Fred C. Chandler*

Fred C. Chandler
Assistant

By *Robert O. Koch*

Robert O. Koch

RCK:fo



APPROVED OPINION COMMITTEE BY BWB CHAIRMAN